# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMANDA L. ZETTELMIER

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5636KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court finds the ALJ properly determined plaintiff was not disabled. Accordingly, the ALJ's decision hereby is AFFIRMED.

| | |
|---|---|
|   July 28, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |